UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANNY LINARES | No. 25 CR 46<br><br>Gabriel A. Fuentes<br>Magistrate Judge |

**GOVERNMENT'S MOTION TO STRIKE PRELIMINARY HEARING**

The UNITED STATES OF AMERICA, through its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this Motion to Strike Preliminary Hearing.

On January 26, 2025, defendant was charged by criminal complaint in the above captioned case. R. 1. The complaint charged that on January 15, 2025, at Chicago, in the Northern District of Illinois, the defendant, unlawfully and knowingly transferred and possessed a machine gun, in violation of Title 18, United States Code Section 922(o). R. 1.

On January 27, 2025 the defendant made his initial appearance in this case and the Court set a preliminary hearing for January 29, 2025.

On January 28, 2025, the government presented an indictment to the Special May 2024 Grand Jury in the above captioned case. On January 28, 2025, the undersigned was informed that the Special May 2024 Grand Jury returned an indictment in the above captioned case.

WHEREFORE, the government respectfully requests that the Court, pursuant to Federal Rule of Criminal Procedure 5.1, strike the preliminary hearing set for January 29, 2025.

                                            Respectfully submitted.

                                            MORRIS PASQUAL
                                            Acting United States Attorney

By:                      */s/ Minje Shin*
                                            Minje Shin
                                            Assistant United States Attorneys
                                            219 South Dearborn Street
                                            Fifth Floor
                                            Chicago, Illinois 60604
                                            (312) 469-6024