IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-46 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Danny Linares** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance. Spanish Interpreter Jose Pina present and sworn in. Defendant Danny Linares appears in response to an arrest on 1/26/25. The Court appoints Attorney Emily Mollinedo of the Federal Defender Program as counsel for the defendant subject to the review of a financial affidavit to be tendered to the Court. Enter Order Appointing Counsel. Defendant advised of charges and informed of his rights and of prosecutorial obligations per Rule 5(d) and (f). The Government moves orally for detention and proffers that a detention hearing must be held per 18 U.S.C. Section 3142(f)(1)(E) and 18 U.S.C. Section 3142(f)(2)(A) and for a continuance of the detention hearing to allow the preparation of a Pretrial Services report. Without objection, the Court finds that a detention hearing may be held based on the government's 18 U.S.C. Section 3142(f)(1)(E) proffer. The Court granted the joint continuance motion without objection for the reasons stated on the record establishing good cause for the continuance, and the government's oral motion for pretrial detention is entered and continued. The detention hearing is scheduled for 9:30 a.m. on 1/29/25 in a courtroom to be determined at a later date. The defendant does not waive preliminary hearing at this time, and a preliminary hearing is set for 9:30 a.m. on 1/29/25 in in a courtroom to be determined at a later date over the government's objection and request for a continuance. Defendant is remanded into the custody of the U.S. Marshals Service pending the 1/29/25 detention and preliminary hearings. The government makes an oral motion to unseal the case. That motion is granted without objection. The Clerk's Office is directed to unseal this matter.

(00:15)

Date: 1/27/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge