## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: US v. Danny Linares  Case Number: 25 CR 46

An appearance is hereby filed by the undersigned as attorney for: Danny Linares

Attorney name (type or print): Emily Mollinedo

Firm: Federal Defender Program

Street address: 55 East Monroe, Suite 2800

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6339408
(See item 3 in instructions)

Telephone Number: (312) 621-8343

Email Address: emily_mollinedo@fd.org

**FILED**
JAN 27 2025
MAGISTRATE JUDGE
GABRIEL A. FUENTES

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you
☑ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Emily Mollinedo
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015