IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America** ) | |
| Plaintiff(s), ) | |
| ) | Case No: 1:25-cr-46 |
| v. ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| **Danny Linares** ) | |
| Defendant(s), ) | |

**ORDER**

    Detention hearing held in open court following the filing of pretrial services report (doc. #[5]). Spanish interpreters Catalina Johnson and Victoria Funes present and sworn in. The government and defendant presented their arguments. For the reasons stated on the record and in the accompanying Detention Order, the government established by clear and convincing evidence that no release conditions or set of conditions will assure community safety. No findings were made as to defendant's appearance in court as required. The government's oral motion for detention is granted. Enter Detention Order. The government's motion to strike the preliminary hearing (doc. #[6]) is granted without objection, the motion indicating that the defendant has been indicted by the grand jury. The preliminary hearing set for today is stricken. Arraignment to be set by further court order. Defendant is remanded to custody of the U.S. Marshals Service pending further order of Court.

(01:15)

Date: 1/29/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge